UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

                Plaintiff,

vs.

SNAP-ON INCORPORATED,

                Defendant.

---------------------------------------------------------------x

Case No.: 1:21-cv-10160-JPO

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Snap-On Incorporated.

DATED:  April 25, 2022        **MIZRAHI KROUB LLP**

                              /s/ Jarrett S. Charo
                             JARRETT S. CHARO

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*